UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| )<br>JACOB GRICE,                      )<br>    Plaintiff,              )<br>                                       )<br>v.                                     )<br>                                       )<br>COMMONWEALTH OF                        )<br>MASSACHUSETTS et al.,                  )<br>    Defendants.            )<br>                                       ) | Civil No. 25-13386-LTS |

ORDER

July 24, 2026

SOROKIN, J.

On May 29, 2026, the Court informed *pro se* plaintiff Jacob Grice that to proceed with this action, he must file an amended complaint curing the pleading deficiencies of the original complaint and setting forth a plausible claim upon which relief may be granted. Doc. No. 4.  And the Court further informed Grice that failure to comply with its Memorandum and Order within forty-two days will result in dismissal of this action. Id.

Grice has not, to date, responded to the Court's Memorandum and Order and the time to do so has expired. This Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and comply with the Court's orders.  See Fed. R. Civ. P. 41(b); Santos v. Dep't of Educ. of Com. of Puerto Rico, 108 F. App'x 638, 640 (1st Cir. 2004) (district courts have "the power to act sua sponte to dismiss a suit for failure to prosecute"); Cintron-Lorenzo v. Departamento de Asuntos del Consumidor, 312 F.3d 522, 525-26 (1st Cir. 2002) ("A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b).").

1

Dismissal is warranted here. Grice's failure to respond to the Court's Memorandum and Order indicates that he no longer wishes to pursue this case.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall enter a separate order of dismissal.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge

2